CO-386-online
10/03

# United States District Court
# For the District of Columbia

EPOS TECHNOLOGIES, LTD. )
4 Haharash St., Hod Hasharon )
45420, Isreal )
                  Plaintiff )   Civil Action No._____
     vs )
PEGASUS TECHNOLOGIES, LTD. )
)
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **EPOS Technologies Ltd.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **EPOS Technologies Ltd.** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ G. Brian Busey_
Signature

**DC Bar No. 366760**
BAR IDENTIFICATION NO.

**G. Brian Busey**
Print Name

**2000 Pennsylvania Ave., NW Suite 5500**
Address

**Washington, DC**    **20006**
City    State    Zip Code

**(202) 887-1500**
Phone Number