IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS TECHNOLOGIES LTD.,<br><br>Defendant. | Case No.    07-cv-00416 (RWR) |

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of John L. Kolakowski as counsel in the case for Plaintiff EPOS Technologies Ltd.

Date:  March 9, 2007

                                                                            /s/
                                          John L. Kolakowski
                                          DC Bar # 476628
                                          Morrison & Foerster LLP
                                          2000 Pennsylvania Avenue, NW
                                          Washington, D.C.  20006
                                          Direct Tel: (202) 887-6926
                                          Direct Fax:  (202) 785-7506

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court and served on the following party on March 9, 2007:

Mr. Gideon Shenholz, CEO
Pegasus Technologies Ltd.
27 Hametzuda Street
Azur 58001
Israel
(972)-(3)-5500633

(Via both UPS overnight international delivery and U.S. mail)

                                                             /s/
                                        John L. Kolakowski

MORRISON & FOERSTER
2000 Pennsylvania Avenue, N.W.,
Suite 5500
Washington, DC 20006-1888
(202) 887-6926