IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> PEGASUS TECHNOLOGIES LTD., <br><br> Defendant. | Case No.   07-cv-00416 (RWR) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER PERMITTING SERVICE OF PROCESS THROUGH THE HAGUE CONVENTION AND FOR THE ISSUANCE OF A REQUEST FOR SERVICE ABROAD**

Upon consideration of the Application for a Court Order Permitting Service of the Summons and Complaint through the Hague Convention of 15 November 1965 and for Issuance of a Request for Service Abroad ("Application") on this 16th day of April, 2007, it is hereby ordered:

1.  That Plaintiff EPOS Technologies Ltd. is permitted to serve the summons and complaint in this case on Defendant Pegasus Technologies Ltd. through the Hague Convention of 15 November 1965;

2.  That the attached Request for Service Abroad of Judicial or Extrajudicial Documents is approved and shall be signed by the Court;

3.  That the Clerk of this Court shall authenticate the Court's signature under the seal of this Court;

4.  That the Clerk shall then return the Request for Service Abroad to counsel for EPOS: John L. Kolakowski, Morrison & Foerster LLP, 2000 Pennsylvania Ave., NW, Suite 5500, Washington, DC 20006.

la-907329

5.  That counsel for EPOS shall promptly cause the Request for Service Abroad to be transmitted to the Central Authority in Israel for execution in conformity with Article 5 of the Hague Convention of 15 November 1965.

SO ORDERED:

_____  4/16/07
Honorable Richard W. Roberts
United States District Court Judge

## NOTIFICATION LIST PURSUANT TO LCvR 7(k)

**Counsel for Plaintiff EPOS TECHNOLOGIES LTD.:**

George Brian Busey, Esq.
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

John L. Kolakowski, Esq.
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006
Telephone: (202) 887-6926
Facsimile: (202) 785-7506

**Defendant PEGASUS TECHNOLOGIES LTD.:**

Pegasus Technologies Ltd.
27 Hametzuda Street
Azur 58001
Israel

la-907329

Case 1:07-cv-00416-RWR    Document 5    Filed 04/18/2007    Page 4 of 4