A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| EPOS TECHNOLOGIES LTD., | ) | |
|     Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER  1:07cv0416 (RWR) |
| | ) | |
| PEGASUS TECHNOLOGIES, LTD. | ) | |
|     Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Michael J. Fink___ as counsel in this
(Attorney's Name)

case for: __PEGASUS TECHNOLOGIES, LTD.__
(Name of party or parties)

May 25, 2007
Date

*/s/ Michael J. Fink*
Signature

Michael J. Fink
Print Name

414991
BAR IDENTIFICATION

1950 Roland Clarke Place
Address

Reston    VA    20191
City    State    Zip Code

703-716-1191
Phone Number