UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> PEGASUS TECHNOLOGIES, LTD., <br><br> Defendant. | Civil Action No. 1:07cv0416 (RWR) <br><br> Honorable Richard W. Roberts <br><br> **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

## STIPULATION

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that the date by which defendant Pegasus Technologies Ltd. must answer or otherwise respond to the Complaint may be extended to June 28, 2007.

| MORRISON & FOERSTER, LLP | GREENBLUM & BERNSTEIN, P.L.C. |
|---|---|
| By   /s/ G. Brian Busey | By   /s/ Michael J. Fink |
| G. Brian Busey (#366760) | Michael J. Fink (#414991) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2000 Pennsylvania Ave., NW, Suite 5500 | 1950 Roland Clarke Place |
| Washington, DC 20006 | Reston, VA  20191 |
| Telephone:  202-887-1500 | Telephone:  703-716-1191 |
| Facsimile:  202-887-0763 | Facsimile:  703-716-1180 |
| Dated:  May 25, 2007. | Dated:  May 25, 2007. |

{J430202 00197497.DOC}

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EPOS TECHNOLOGIES LTD., | : | |
| Plaintiff, | : | Civil Action No. 1:07cv0416 (RWR) |
| | : | |
| v. | : | Honorable Richard W. Roberts |
| | : | **PROPOSED ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| PEGASUS TECHNOLOGIES, LTD., | : | |
| Defendant. | : | |

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that the date by which defendant Pegasus Technologies Ltd. must answer or otherwise respond to the Complaint is extended to June 28, 2007.

Dated this _____ day of _____, 2007.

BY THE COURT:

_____
United States District Judge

{J430202 00197497.DOC}