UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD., : | |
| Plaintiff, : | Civil Action No. 1:07cv0416 (RWR) |
| : | |
| v. : | Honorable Richard W. Roberts |
| : | |
| PEGASUS TECHNOLOGIES, LTD., : | |
| Defendant. : | |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 83.2(d) FOR ADMISSION *PRO HAC VICE***

Michael J. Fink (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectfully moves the Court to enter an Order permitting P. Branko Pejic of Greenblum & Bernstein, P.L.C., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) P. Branko Pejic of Greenblum & Bernstein P.L.C., which maintains an office at 1950 Roland Clarke Place, Reston, VA 20191, (703) 716-1191;

(2) P. Branko Pejic is admitted to practice before among others, the United States District Court for the Northern District of Oklahoma and is a member in good standing of the Arkansas Bar;

(3) Attached hereto is a declaration executed by P. Branko Pejic;

(4) The Movant requests that this Court allow this Motion so that P. Branko Pejic may file pleadings and appear and be heard at any hearing in this proceeding; and

(5) Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting P. Branko Pejic to appear in this proceeding.

Respectfully submitted,

___/s/ Michael J. Fink_____
Michael J. Fink, Bar No. 414991
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
Ph: (703) 716-1191
Fx: (703) 716-1180

*Attorneys for Pegasus Technologies, LTD.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(d) For Admission *Pro Hac Vice* was served this 25th day of May, 2007 via electronic means and first class mail, postage prepaid, to the following:

George Brian Busey, Esq.
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave., NW, Suite 5500
Washington, DC 20006
Telephone:  202-887-1500
Facsimile:  202-887-0763


John L. Kolakowski, Esq.
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave., NW, Suite 5500
Washington, DC 20006
Telephone:  202-887-6926
Facsimile:  202-785-7506

## DECLARATION OF P. BRANKO PEJIC

I, P. Branko Pejic, hereby request permission to appear *pro hac vice* on behalf of PEGASUS TECHNOLOGIES, LTD. in the above referenced matter. My office address and telephone numbers are as follows:

| | |
|---|---|
| Office Address: | GREENBLUM & BERNSTEIN P.L.C. |
| | 1950 Roland Clarke Place |
| | Reston, VA 20191 |
| Office Telephone No.: | (703) 716-1191 |

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Supreme Court of Arkansas | Little Rock, AR | 1997 |
| Northern District of Oklahoma | Tulsa, OK | 1998 |
| Federal Circuit - Court of Appeals | Washington D.C. | 2003 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I make the foregoing statements under penalty of perjury.

Dated:  May 25, 2007                           __/s/ P. Branko Pejic_____
                                                P. Branko Pejic

## **ORDER AUTHORIZING *PRO HAC VICE* ADMISSION**

Upon the Motion of Michael J. Fink, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting P. Branko Pejic of GREENBLUM & BERNSTEIN P.L.C., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendant PEGASUS TECHNOLOGIES, LTD. in this proceeding, therefore;

IT IS on this _____ day of May, 2007;

ORDERED, that P. Branko Pejic, of the firm of GREENBLUM & BERNSTEIN P.L.C., which maintains an office at 1950 Roland Clarke Place, Reston VA 20191, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Court Judge