# STATE OF ISRAEL
## DIRECTORATE OF COURTS

Jerusalem
Sunday 20 May 2007

Our file: 1-229/07

United States District Court for Columbia
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C 20001
U.S.A

Dear Sir,

Subject: **Your request for Service of Documents**

Your request for service of documents has been executed.
Please find the attached documents concerning your request.

Sincerely ,

Anat Agami
Legal Assistance to Foreign Countries

---

22 Kanfei Nesherim St., Jerusalem 95464, P.O.B. 34142
Tel: 02-6556847, Fax: 02-6556965

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   — the (date) -- *le (date)* ___6/5/07___
   -- at (place, street, number) - *à (localité, rue, numéro)*
   ___27 Hametzuda St. Azur 58001___

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   b) *selon la forme particulière suivante:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)*
   ___For Pegasus Technologies Limited___

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
   ___Buisness___

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

___✓___

Done at ___Jerusalem___, the ___
*Fait à*                          , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp
*Signature et/ou cachet*

מדינת ישראל
הנהלת בתי המשפט

171

עובד רשות הדואר: תלוש כאן והחזר.

☐ בית המשפט ה _____
_____
ב _____
☐ לשכת ההוצאה לפועל ב _____

אל: _____ פסום כנולוגיות בע"מ _____
המען: רח' _העבודה_ 27 אזור 58001

(בקור 1) אני _ני(א)לון/(א)_ מצהיר שבתאריך _6/1/07_ בשעה _11:15_ ☐ באתי למענו של הנ"ל ואיש לא נמצא בבית
(בקור 2) אני _____ מצהיר שבתאריך _____ ☐ באתי למענו של הנ"ל ואיש לא נמצא בבית
(בקור 3) אני _____ מצהיר שבתאריך _____ ☐ באתי למענו של הנ"ל ואיש לא נמצא בבית

☐ ומסרתי את הכתב לידיו.
☒ מסרתי את הכתב למורשה של הנמען.
☐ בהעדרו מסרתי את הכתב ל _____
שהוא/יא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 18 שנה.
☐ למאן ל_PEGASUS TECH_ בבית בביקור השלישי הדבקתי הכתב על דלת דירתו.
פגסוס טכנולוגיות בע"מ
ח.פ. 511573776

אם לא מסרת – ציין הסיבה במשבצת המתאימה:
☐ העתיק מקום מגוריו לכתובת בלתי ידועה.
☐ הכתובת לא נכונה.   ☐ לא נדרש.
☐ סרב לקבל.
☐ הנמען לא ידוע במען שציינת לעיל.
☐ ציין כל סיבה אחרת _____

תיק אזרחי מספר _1-229/07_
בפני כב' השופט _ברק_
הכתב _____
נקבע ליום _____
המזכיר הנהלת בתי המשפט
סיוע משפטי לפניות זרות
רח' כנפי נשרים 22 גבעת שאול ירושלים
טל (02) 6556843 פקס (02) 6556946

תאריך   שם הדוור   חתימת הדוור

ד.מ.י-ם 10,000 (12.06) 06/11470

טופס 171 (מהדורה שניה) 7467/06