# STATE OF ISRAEL
## DIRECTORATE OF COURTS

Jerusalem
Sunday 20 May 2007

Our file: 1-229/07

United States District Court for Columbia
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C 20001
U.S.A

Dear Sir,

### Subject: **Your request for Service of Documents**

Your request for service of documents has been executed.
Please find the attached documents concerning your request.

Sincerely ,

Anat Agami
Legal Assistance to Foreign Countries

---

22 Kanfei Nesherim St., Jerusalem 95464, P.O.B. 34142
Tel: 02-6556847, Fax: 02-6556965

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
     -- the (date) -- *le (date)*    6/5/07
     -- at (place, street, number) - *à (localité, rue, numéro)*

        27 Hametzuda St. Azur 58001

     -- in one of the following methods authorized by article 5:
     -- *dans une des formes suivantes prévues à l'article 5:*

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5. alinéa premier, lettre a)*

        ☐ (b) in accordance with the following particular method:
          *b) selon la forme particulière suivante:*

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple.*

     The documents referred to in the request have been delivered to:
     *Les documents mentionnés dans la demande ont été remis à:*

        - (identity and description of person)
        - *(Identité et qualité de la personne)*

        for Pegasus Technologies Limited

        - relationship to the addressee family, business or other
        - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

        Buisness

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Jerusalem  , the
*Fait à*              *, le*

Signature and/or stamp
*Signature et/ou cachet*

עובד רשות הדואר: תלוש כאן והחזר.

**מדינת ישראל**
**הנהלת בתי המשפט**

171

תיק אזרחי מספר ‏1 - 229/07

בפני כב' השופט ‏פאורוק

הכתבת ‏_____

נקבע ליום ‏**הנהלת בתי המשפט**
‏**סיוע משפטי למחוזות זרות**
המזכיר ‏רח' כנפי נשרים 22, גן 2 מגדל שלום ירושלים
‏(02) 6556846 ‏פקס 6556843

☐ בית המשפט ה ‏_____

ב ‏_____

☐ לשכת ההוצאה לפועל ב ‏_____

אל: ‏5.7.10  טכנולוגיות בע"מ

המען: ‏רח' הענבל 27, אזור ‏58001

(בקרו 1) אני ‏_____ מצהיר שבתאריך ‏6/5/07 שעה ‏_____ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית
עובד רשות הדואר/עובד בימ"ש ‏שנה חודש יום בשעה

(בקרו 2) אני ‏_____ מצהיר שבתאריך ‏_____ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית
עובד רשות הדואר/עובד בימ"ש ‏שנה חודש יום בשעה

(בקרו 3) אני ‏_____ מצהיר שבתאריך ‏_____ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית
עובד רשות הדואר/עובד בימ"ש ‏שנה חודש יום בשעה

☐ ומסרתי את הכתב לידיו.

☒ מסרתי את הכתב למורשה של הנמען.

☐ בהעדרו מסרתי את הכתב ל ‏_____

☐ מגסוס טכנולוגיות בע"מ
ח.פ. ‏511573776

**אם לא נמסר – ציין הסיבה בהתאמה:**
☐ העתיק מקום מגוריו לכתובת בלתי ידועה.
☐ הכתובת לא נכונה. ☐ לא נדרייו.
☐ סרב לקבל.
☐ הנמען לא ידוע במען שצויין לעיל.
☐ ציין כל סיבה אחרת ‏_____

שהוא/יא בן/בת משפחתו/ה הגר/ה עימו ונראה/ית לי שמלאו לו/ה 18 שנה.
☐ זה ‏_____ יום שהכתב נמצא בבית בבקשה השלישי הודבק הכתב על דלת דירתו.

שם הדוור (מוסר) ‏_____

חותמת רשות הדואר

חתימת המקבל

_____ _____ _____
תאריך    שם הדוור    חתימת הדוור

ד.מ.י-ם 10,000 (12.06) 06/11470

טופס 171 (מהדורה שניה) 7467/06