IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> PEGASUS TECHNOLOGIES LTD., <br><br> Defendant. | Case No.   07-cv-00416 (RWR) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF MONICA L. SCHEETZ**

George Brian Busey, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully moves this Honorable Court, pursuant to Local Rule 83.2(c), to permit attorney Monica L. Scheetz to participate in the above-captioned matter *pro hac vice* as counsel for Plaintiff EPOS Technologies Ltd., and states in support thereof the following:

1. I am a partner with the firm of Morrison & Foerster LLP and am acquainted with Ms. Scheetz.

2. Ms. Scheetz is an associate in the Los Angeles office of Morrison & Foerster LLP, located at 555 West Fifth Street, Suite 3500, Los Angeles, California 90013.

3. Ms. Scheetz is fully familiar with the facts and proceedings in this matter.

4. Ms. Scheetz is a member in good standing of the bar of the state of California, to which she was admitted in 2002. She is also admitted to the bar of the Central District of California. She has not been the subject of any disciplinary investigation, action, or grievance procedure; she is not currently disbarred in any court; and she has not been denied admission to the courts of any state or any court of the United States.

la-922724

5.  In support of this motion, attached hereto as Exhibit 1 is the Declaration of Monica L. Scheetz.

WHEREFORE, it is respectfully requested that Monica L. Scheetz be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2.

Dated: June 11, 2007

Respectfully submitted,

By: /s/ George Brian Busey
George Brian Busey (DC Bar No. 366760)
gbusey@mofo.com

MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006
Telephone: (703) 760-7700
Facsimile: (703) 760-7777

Attorneys for Plaintiff
EPOS TECHNOLOGIES LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| EPOS TECHNOLOGIES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS TECHNOLOGIES LTD.,<br><br>Defendant. | Case No.  07-cv-00416 (RWR) |

**DECLARATION OF MONICA L. SCHEETZ
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Monica L. Scheetz, hereby respectfully request to appear *pro hac vice* as co-counsel for Plaintiff EPOS Technologies Ltd. in the above-captioned matter. In support thereof, I state the following:

1. My name is Monica L. Scheetz.

2. I am an attorney practicing law at Morrison & Foerster LLP, located at 555 West Fifth Street, Suite 3500, Los Angeles, California 90013.

3. I am fully familiar with the facts and proceedings in this matter.

4. I am a member of the bar of the state of California, to which I was admitted in 2002. I am also admitted to the Central District of California.

5. I have not been the subject of any disciplinary investigation, action, or grievance procedure; I am not currently disbarred in any court; and I have not been denied admission to the courts of any state or any court of the United States.

6. I have never been admitted *pro hac vice* to this Court.

la-922724

7.  I certify that I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2007, at Los Angeles, California.

_____
Monica L. Scheetz
mscheetz@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 892-5749
Facsimile: (213) 892-5454

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EPOS TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> PEGASUS TECHNOLOGIES LTD., <br><br> Defendant. | Case No.   07-cv-00416 (RWR) |

### [PROPOSED] ORDER ADMITTING MONICA L. SCHEETZ *PRO HAC VICE*

Upon consideration of the Application for Admission *Pro Hac Vice* of Monica L. Scheetz on this ____ day of _____, 2007, it is hereby ordered:

1. That the Application for Admission *Pro Hac Vice* of Monica L. Scheetz be GRANTED;

2. That Monica L. Scheetz be permitted to represent Plaintiff EPOS Technologies Ltd. in the above-captioned matter.

SO ORDERED:

_____
Honorable Richard W. Roberts
United States District Court Judge

*Submitted by:*

/s/ George Brian Busey
_____
George Brian Busey (DC Bar No. 366760)
    gbusey@mofo.com

MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006
Telephone:  (703) 760-7700
Facsimile:  (703) 760-7777

la-922724