IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EPOS TECHNOLOGIES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS TECHNOLOGIES LTD.,<br><br>Defendant. | Case No.    07-cv-00416 (RWR) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF HECTOR G. GALLEGOS**

George Brian Busey, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully moves this Honorable Court, pursuant to Local Rule 83.2(c), to permit attorney Hector G. Gallegos to participate in the above-captioned matter *pro hac vice* as counsel for Plaintiff EPOS Technologies Ltd., and states in support thereof the following:

1.      I am a partner with the firm of Morrison & Foerster LLP and am acquainted with Mr. Gallegos.

2.      Mr. Gallegos is a partner in the Los Angeles office of Morrison & Foerster LLP, located at 555 West Fifth Street, Suite 3500, Los Angeles, California 90013.

3.      Mr. Gallegos is fully familiar with the facts and proceedings in this matter.

4.      Mr. Gallegos is a member in good standing of the bar of the state of California, to which he was admitted in 1994.  He is also admitted to the bars of the Federal Circuit, the Ninth Circuit, and the Central, Southern, Northern, and Eastern Districts of California.  In addition, he is registered to practice before the United States Patent and Trademark Office.  He has not been the subject of any disciplinary investigation, action, or grievance procedure; he is not currently

la-922720

disbarred in any court; and he has not been denied admission to the courts of any state or any court of the United States.

5.    In support of this motion, attached hereto as Exhibit 1 is the Declaration of Hector G. Gallegos.

WHEREFORE, it is respectfully requested that Hector G. Gallegos be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2.

Dated:  June ⏐⏐, 2007                    Respectfully submitted,


By:/s/ George Brian Busey
      George Brian Busey (DC Bar No. 366760)
         gbusey@mofo.com

      MORRISON & FOERSTER LLP
      2000 Pennsylvania Ave., NW Suite 5500
      Washington, DC 20006
      Telephone:  (703) 760-7700
      Facsimile:  (703) 760-7777


      Attorneys for Plaintiff
      EPOS TECHNOLOGIES LTD.

la-922720

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EPOS TECHNOLOGIES LTD.,

Plaintiff,

v.

PEGASUS TECHNOLOGIES LTD.,

Defendant.

Case No.    07-cv-00416 (RWR)

### DECLARATION OF HECTOR G. GALLEGOS
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Hector G. Gallegos, hereby respectfully request to appear *pro hac vice* as co-counsel for Plaintiff EPOS Technologies Ltd. in the above-captioned matter. In support thereof, I state the following:

1.    My name is Hector G. Gallegos.

2.    I am an attorney practicing law at Morrison & Foerster LLP, located at 555 West Fifth Street, Suite 3500, Los Angeles, California 90013.

3.    I am fully familiar with the facts and proceedings in this matter.

4.    I am a member of the bar of the state of California, to which I was admitted in 1994. I am also admitted to the bars of the Federal Circuit, the Ninth Circuit, and the Central, Southern, Northern, and Eastern Districts of California. In addition, I am registered to practice before the United States Patent and Trademark Office.

5.    I have not been the subject of any disciplinary investigation, action, or grievance procedure; I have never been disbarred in any court; and have not been denied admission to the courts of any state or any court of the United States.

6.    I have never been admitted *pro hac vice* to this Court.

la-922720

7.    I certify that I am personally familiar with the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2007, at Los Angeles, California.

_____
Hector G. Gallegos
        hgallegos@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 892-5749
Facsimile:  (213) 892-5454

2

la-922720

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EPOS TECHNOLOGIES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS TECHNOLOGIES LTD.,<br><br>Defendant. | Case No.    07-cv-00416 (RWR) |

**[PROPOSED] ORDER ADMITTING HECTOR G. GALLEGOS *PRO HAC VICE***

Upon consideration of the Application for Admission *Pro Hac Vice* of Hector G.

Gallegos on this ____ day of _____, 2007, it is hereby ordered:

1.    That the Application for Admission *Pro Hac Vice* of Hector G. Gallegos be

GRANTED;

2.    That Hector G. Gallegos be permitted to represent Plaintiff EPOS

Technologies Ltd. in the above-captioned matter.

SO ORDERED:

_____
Honorable Richard W. Roberts
United States District Court Judge

*Submitted by:*

/s/ George Brian Busey
_____
George Brian Busey (DC Bar No. 366760)
        gbusey@mofo.com

MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW Suite 5500
Washington, DC 20006
Telephone:  (703) 760-7700
Facsimile:  (703) 760-7777

la-922720