**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
EPOS TECHNOLOGIES LTD.,                )
4 Haharash St., Hod Hasharon 45240, Israel,   )
                                                          )
                            Plaintiff,             )          Case No. 1:07cv0416 (RWR)
            v.                                          )
                                                          )          Hon. Richard W. Roberts
PEGASUS TECHNOLOGIES LTD.,         )
27 Hametzuda St., Azur 58001, Israel,       )
                                                          )
                            Defendant.           )
_____  )

**DEFENDANT PEGASUS TECHNOLOGIES LTD.'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

        Defendant, Pegasus Technologies Ltd. (hereinafter "Defendant" or "Pegasus"),

moves pursuant to Fed. R. Civ. P. 12(b)(1) and (6), to dismiss Plaintiff's Complaint for

lack of subject matter jurisdiction and failure to state a claim upon which relief can be

granted, or in the alternative, for a more definite statement pursuant to Fed. R. Civ. P.

12(e).

        A memorandum of points and authorities in support of this motion and a proposed

order are submitted herewith.  Defendant Pegasus also requests oral argument on the

instant Motion to Dismiss.

Date:  June 28, 2007                        Respectfully submitted,

                                                    /s/ Michael J. Fink
                                                    Michael J. Fink
                                                    P. Branko Pejic
                                                    Greenblum & Bernstein, P.L.C.
                                                    1950 Roland Clarke Place
                                                    Reston, VA 20191
                                                    Phone/Fax:  (703) 716-1191/716-1180